NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
KIERAN P. RINGGENBERG, SBN 208600
kringgenberg@bsfllp.com
BOIES, SCHILLER & FLEXNER, LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

ATTORNEY(S) FOR: Defendant Scott A. Tucker

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ELIZABETH CLARK, on behalf of herself and all persons similarly situated,<br><br>Plaintiff(s),<br>v.<br>SCOTT A. TUCKER, BLAINE A. TUCKER, AND DOES 1 through 100 includive,<br><br>Defendant(s) | CASE NUMBER:<br><br>EDCV 14-972 R (RZx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Scott A. Tucker_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SFS, Inc. | Lender |
| Santee Sioux Nation of Nebraska | Shareholder of SFS, Inc. |
| AMG Services, Inc. | Shared Services Provider |

5/19/2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Scott A. Tucker

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES